[No. 19771–1–I.   Division One.   September 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFF ADAMS,
*Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–1–00164–9, Marshall Forrest, J.,

entered December 11, 1986. *Reversed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Pekelis, J.